UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

REGINALD LAMAR SPEARS (#281752)
a/k/a RLS AR Abdul Aziz
VERSUS

MITCH UNDERWOOD, ET AL

CIVIL ACTION

NO.11-532-BAJ-DLD

**RULING AND
ORDER OF DISMISSAL**

The Court, having carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated February 1, 2012 (doc. 5), to which no objection has been filed, hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that plaintiff's claims are dismissed, with prejudice, pursuant to 28 U.S.C. § 1815(e), and this action is hereby dismissed.

Baton Rouge, Louisiana, February 29, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA